Gail E. Cohen (SBN 93210)
gcohen@mail.hinshawlaw.com
Misty A. Murray (SBN 196870)
mmurray@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA LUGER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No. 2:14-CV-02960-JAM-KJN<br><br>Honorable John A. Mendez<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE [FRCP 41(A)(1)]**<br><br>Complaint Filed:  January 6, 2015 |

# **ORDER**

Pursuant to the stipulation of the parties filed September 14, 2015 (Docket #12), this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED:  10/13/2015                    /s/ John A. Mendez_____
                                      THE HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE

36100182v1 0969155